UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81369-CV-MIDDLEBROOKS

LEAH HUFF, individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

ULTIMATE FITNESS GROUPS, LLC d/b/a
ORANGETHEORY FITNESS,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed January 17, 2019. (DE 28). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that all claims of Plaintiff Leah Huff, individually, are **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 22 day of January 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc:    Counsel of Record